976

Núm. 7589.—Pagán, aplte. *v.* Yabucoa Sugar Co., aplda.—C. D. Humacao. Noviembre 18, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción para que se desestime este recurso de apelación por haberse interpuesto fuera de tiempo, y apareciendo de los autos que la sentencia apelada fué dictada por la Corte de Distrito de Humacao, en apelación procedente de la Corte Municipal de Yabucoa; que una copia de la notificación de la sentencia dictada por la Corte de Distrito quedó archivada con los autos el 9 de junio de 1937 y que el escrito de apelación fué radicado el 3 de julio de 1937. Vistos asimismo el párrafo segundo del artículo 295 del Código de Enjuiciamiento Civil, la sección 2 de la Ley de 9 de marzo de 1911 y la jurisprudencia aplicable, se declara con lugar la moción y se desestima el recurso de apelación interpuesto.

El Juez Asociado Sr. Córdova Dávila no intervino.